Debtors Name: _Randy + Paula Marsh_
Case Number: _08-71837_

## DEBTOR QUESTIONAIRE
## THIS DOCUMENT WILL BE FILED WITH THE U.S. BANKRUPTCY COURT

1. Did you receive a copy of the Rights and Responsibilities Statement? (Yes) No
2. Did you read and understand it? (Yes) No
3. Did you receive a copy of the Section 527 & Section 342 Debt Relief Agency Disclosure Notice? (Yes) No    Did you read and understand them? (Yes) No
4. Did your Attorney explain to you the difference between Chapter 7 and Chapter 13 Bankruptcy? (Yes) No
5. Do you understand that you cannot obtain any new debt or credit while you are in this Bankruptcy case? (Yes) No
6. Do you understand that while you are in Bankruptcy, you cannot buy anything on credit? (Yes) No
7. Do you understand that while you are in Bankruptcy, you cannot sell any property or transfer or quit claim any property? (Yes) No
8. Do you understand that while you are in Bankruptcy, you cannot refinance any property without permission from the Court or Trustee? (Yes) No
9. If your plan payments are supposed to come out of your pay check, do you understand that you are responsible for making the payment until your employer begins withholding the money? (Yes) No
10. Do you understand that your first full monthly plan payment is/was due 30 days after you filed this case? (Yes) No
11. If you have elected to pay adequate protection payments directly to your creditors, have you made those payments directly to the creditor each month on time? (Yes) No — _Mortgage for mobile_
12. If you answered yes to question 11, do you have proof of those payments? (Yes) No N/A _cell phone_
13. Do you understand that you are required to make your on-going post petition mortgage payments on time each month directly to the mortgage company? (Yes) No N/A
14. Do you understand that you may be required to file a yearly income statement with the Court? (Yes) No
15. Do you understand that you are required to immediately notify your Attorney if you have a change of contact information, for example a change of address, change of employment, change of phone number. (Yes) No
16. Do you understand that if you receive Objections to Confirmation and Request for Dismissal of your case in the mail that you must contact your Attorney immediately to resolve the problems in your case? (Yes) No
17. How long have you lived in the State of Georgia? _lifetime - both born in Georgia_
    _47, 54_

**I declare under penalty of perjury that the information provided in this questionnaire is true and correct. I understand each question and my attorney has explained all questions to me.**

Print Name _Paula A Marsh_      Print Name _Randy Marsh_
X _____          X _____
Signature of Debtor              Signature of Debtor

Print Name _____
X _____
Signature of Attorney