IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | CHAPTER 13 |
| Randy Marsh and | ) | |
| Paula Marsh | ) | CASE NO: 08-71837-crm |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |

## WITHDRAWAL OF DOCUMENT

Comes now the above named debtors and withdraws the Motion to Reimpose Automatic Stay, filed on May 14, 2009, document # 46.

Respectfully submitted,

This 16th day of June, 2009.

/s/ Matthew A. Lettich
Matthew A. Lettich, Bar No. 125897
J. WYNN PELHAM, P.C.
5 Hurricane Shoals Road
Suite A
Lawrenceville, GA  30045
Tel  (770) 963-3328
Fax (770) 682.9827

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all to other parties (or the parties themselves if not represented by counsel) in the foregoing matter with a copy of a these pleadings by depositing in the United States Mail a copy of the same in a properly addressed envelope with certified postage thereon addressed as follows:

Nancy J. Whaley
Nancy J. Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303

Sidney Gelernter
Attorney for Barclays Capital Real Estate, Inc.
dba Homeq Servicing
McCurdy & Candler, LLC
250 East Ponce De Leon Avenue
Suite 600
Decatur, GA  30030

This 9th day of June, 2009.

/s/ Matthew A. Lettich
Matthew A. Lettich, Bar No. 125897
Attorney for Debtor(s)
J. WYNN PELHAM, P.C.
5 Hurricane Shoals Road
Lawrenceville, GA  30045
770-963-3328