LAW OFFICES

# J. Wynn Pelham, P.C.

**Attorney**
WYNN PELHAM
*Practice Limited to
Representation of
Debtors in Bankruptcy*

FIVE HURRICANE SHOALS ROAD
SUITE A
LAWRENCEVILLE, GEORGIA 30045

TELEPHONE: (770) 963-3328
FACSIMILE: (770) 682-9827
e-mail: wpelham@bellsouth.net
website: www.wynnpelhamlaw.com

June 11, 2009

The Honorable C. Ray Mullins
United States Bankruptcy Court
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA  30303

The Honorable Robert Brizendine
U.S. Bankruptcy Court - Gainesville Division
Clerk's Room 120, 121 Spring Street, SE
Gainesville, GA  30501

Dear Judge Mullins and Judge Brizendine:

    Pursuant to the Rules, this letter is to serve as notice of a potential conflict with regard to my cases which are scheduled before your court on Tuesday, June 16, 2009. I certify that the matters involved cannot be handled and my client's interest adequately protected by other counsel.

    Because of a scheduling conflict, I will be unable to attend the hearings in Gainesville for Mr. and Mrs. Trotter and Ms. Laspisa. As such, I am requesting that these hearings be reset to the next available calendar. I will, however, be attending the hearing for Mr. and Mrs. Marsh in Atlanta.

Sincerely,

Matthew A. Lettich
Attorney at Law

MAL:ml
cc:   Mr. and Mrs. Marsh
       Ms. Laspisa
       Mr. and Mrs. Trotter

/Page One of Two/

RE:    Randy & Paula Marsh; Chapter 13 Bankruptcy Case No.: 08-71834
Motion to Reimpose Stay in Atlanta.
Room 1203 on June 16, 2009 at 10:00 a.m. (Judge C. Ray Mullins)

RE:    Kitty Lou Laspisa; Chapter 13 Bankruptcy Case No.: 08-22835
Reset Motion to Reconsider in Gainesville.
Room 103 on June 16, 2009 at 10:00 a.m. (Judge Robert Brizendine)

RE:    James & Elinore Trotter; Chapter 13 Bankruptcy Case No.: 09-20132
Reset Confirmation Hearing in Gainesville.
Room 103 on June 16, 2009 at 10:00 a.m. (Judge Robert Brizendine)